United States Courts
Southern District of Texas
ENTERED

DEC 2 0 2005

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | CRIMINAL NO. H-05-440 |
| GUY BRIAN SWEENEY | (Judge David Hittner) |

### ORDER

Pending before the Court is Sweeney's Unopposed Motion for Continuance.

Sweeney recites that there has been inadequate time to sufficiently prepare for trial. Denial of the reasonable time necessary for effective preparation is expressly enunciated in 18 U.S.C. §3161(h)(8)(B)(iv) as a factor in determining that a continuance outweighs the public's interest in a speedy trial.

The Court finds – under 18 U.S.C. §3161(h)(8)(B) – that failing to grant a continuance would deny Sweeney's counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would thereby result in a miscarriage of justice.

It is therefore Ordered that Sweeney's Unopposed Motion for Continuance is granted. In accordance with 18 U.S.C. §3161(h)(8)(A), the basis for the continuance is the finding that the ends of justice served by granting this continuance outweigh the best

interests of the public and Sweeney in a speedy trial.

A period of excludable delay shall commence from today, __Decemer 19__, 2005, under 18 U.S.C. §3161(h)(8)(A) and (B), and will end when trial starts.

The following Docket Control Order is entered:

Sweeney's Motions will be filed by: __February 15__, 2006.

The Government's Responses will be filed by: __March 7__, 2006.

Proposed Jury Questions and Jury Charge will be filed by: __March 21__, 2006.

Pretrial Conference is set for __March 21__, 2006, at __9:30__ _a_.m.
**(The Defendant must be present)**

Jury selection and trial are set for __March 28__, 2006, at __10:00__ _a_.m.

Signed and entered on __17__, 2005, in Houston, Texas.

_____
UNITED STATES DISTRICT JUDGE

5